UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS6

| Case No. | CV 24-3992-CBM(MARx) | Date | OCTOBER 29, 2024 |
|---|---|---|---|
| Title | Monserrath Nuno v. United States of America et al | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS - DISMISSAL OF ACTION FOR LACK OF PROSECUTION**

Plaintiff filed a Complaint with the Court on May 13, 2024. On July 29, 2024, the Court issued an Order to Show Cause Re: Dismissal for lack of prosecution.

The Court's Order specifically warned Plaintiff that failure to serve the Complaint within 120 days as required would result in this dismissal of this action if good cause was not shown for any extension of time. Plaintiff was to respond to the Court's Order to Show Cause no later than September 13 2024.

As of the date of this Order, Plaintiff has not filed a proof of service or otherwise responded to the Court's Order to Show Cause. Accordingly, this action is hereby **DISMISSED** without prejudice.

IT IS SO ORDERED.

cc: all parties

CV-90 (12/02)    **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk YS